INDUST. COMM. v. RAMSEY

Ohio Supreme Court

No. 21110. Decided Dec. 26, 1928.

ROBINSON, J,

**APPEAL.**

(30 I) A court of common pleas has no jurisdiction to entertain an appeal from an order of the Industrial Commission of Ohio denying a claim for compensatin out of the state insurance fund until the claimant, after a denial of his claim, has made application for a rehearing and a rehearing has been had as provided in Section 1465-90, General Code (111 Ohio Laws, 227), and the claim has again been denied by the Industrial Commission.

Marshall, C. J., Day, Allen, Kinkade, Jones and Matthias, JJ., concur.